entered to the sum of $2,150, with interest and trial costs; in which event the judgment as so modified is affirmed, without costs of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK P. GANS, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLES E. DEMPSEY, Appellant, v. DOROTHY I. DEMPSEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 693.]

H. E. & S. TRANSPORTATION CORPORATION, Respondent, v. CHECKER CAB SALES CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JOSEPH ROTBERG and Another, Copartners, etc., Appellants, v. M. S. & J. A. WORKMAN, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSGAN YARGANIAN and Others, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

TIPOGRAPH PATENTED SWEAT BAND CORPORATION, Respondent, v. JOSEPH S. ROSEN and Another, Appellants, and NATHAN A. ROSEN, Defendant, Copartners, etc.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley Glennon and Untermyer, JJ.

JESSE SPIER and Another, Copartners, etc., Appellants, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BRIDGET VAUGHAN, as Executrix, etc., of SUSAN VAUGHAN, Deceased. CATHERINE DUGRO, Appellant; BRIDGET VAUGHAN, as Executrix, etc., Respondent. WALTER F. O'MALLEY, Special Guardian for PATRICK VAUGHAN, JR., Respondent.— Order and decree so far as appealed from affirmed, with costs to the executrix, respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for modification on the ground that, irrespective of the claimant's failure to make claim for the four weeks' service, in justice she should be allowed that sum.

F. T. ADAMS and Others, Respondents, v. JOSEPH H. ADAMS, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell McAvoy, O'Malley and Untermyer, JJ.

COLONIAL RADIO SALES CO., INC., Appellant, v. J. & M. O'NEIL, INC., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRED BRENCHLEY, Appellant, against TRUST COMPANY OF NORTH AMERICA, Respondent.— Order affirmed, with twenty